**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN QUINN SINGLETON,<br><br>Plaintiff,<br><br>v.<br><br>DONALD JOHN TRUMP,<br>in his official capacity as President of the<br>United States of America,<br><br>Defendant. | Case No.  1:26-cv-01855-JLT-FJS<br><br>ORDER ADOPTING FINDINGS AND<br>RECOMMENDATIONS<br><br>(Doc. 6) |

On March 6, 2026, Plaintiff Steven Quinn Singleton, proceeding pro se, filed his complaint in this action naming Donald John Trump, in his official capacity as President of the United States of America, as a defendant ("Defendant").  (Doc. 1.)  The same day, Plaintiff filed an application to proceed in forma pauperis, which the Court granted.  (Docs. 2, 5.)

On March 20, 2026, the assigned magistrate judge issued findings and recommendations recommending that Plaintiff's complaint be dismissed, without leave to amend, on the basis that Plaintiff's complaint fails to state a claim and is frivolous.  (Doc. 6.)  The Court served the findings and recommendations on Plaintiff, notified him that objections were due within 14 days, and warned that failure to timely file objections may result in the waiver of certain rights on appeal. (*Id*. at 9, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  Plaintiff has not filed any objections and the time to do so has since passed.

1

According to 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes the findings and recommendations are supported by the record and proper analysis. Thus, the Court ORDERS:

1.     The findings and recommendations issued on March 20, 2026 (Doc. 6) are **ADOPTED IN FULL**.

2.     The Clerk of Court is directed to CLOSE THIS CASE.

IT IS SO ORDERED.

Dated:   **April 24, 2026**

UNITED STATES DISTRICT JUDGE

2